**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL ANTONIO VILLAR AGUILAR,** | § § § | |
| **Petitioner,** | § § | |
| v. | § § | **CAUSE NO. EP-26-CV-88-KC** |
| **MARY DE ANDA-YBARRA et al.,** | § § § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case. On February 18, 2026, the Court granted in part Villar Aguilar's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) lawfully remove Villar Aguilar from the United States or (2) release him from custody under reasonable conditions of supervision. Feb. 18, 2026, Order 3, ECF No. 9. Respondents now inform the Court that Villar Aguilar has been released under an Order of Supervision. Advisory 1, ECF No. 10; *see id.* Ex. A ("Order of Supervision"), ECF No. 10-1.

It appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 18, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Aguilar wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 12th day of March, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE